# HUSCH BLACKWELL

Catarina A. Colón
Attorney

511 North Broadway, Suite 1100
Milwaukee, WI 53202
Direct: 414.978.5534
Fax: 414.223.5000
catarina.colon@huschblackwell.com

December 15, 2020

**VIA ELECTRONIC DELIVERY**

The Honorable Stephen L. Crocker
U.S. District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

   Re: *Jackson, Lonnie v. Kallas, Kevin et al*
      3:17-CV-00350-bbc

Dear Judge Crocker:

  Based on a stipulation of the parties, the Court entered an Order on September 22, 2020, staying the proceedings in this case pending the Court's decision in *Campbell v. Kallas*, 16-CV-261-jdp, following the March 2020 court trial in that case. Pursuant to the Court's Order, Plaintiff Lonnie Jackson ("Ms. Jackson") provides the following status report:

1. On December 8, 2020, this Court found that the Defendants in the *Campbell v. Kallas* case were deliberately indifferent to and violated Campbell's Eight Amendment rights by denying her sex reassignment surgery.

2. The parties in the *Campbell* case have until December 22, 2020 to submit a proposed injunction, after which the Court will set forth the remedy in a separate order.

  Given that an injunction order has yet to be issued, Ms. Jackson requests that any new scheduling order and trial date in this matter be postponed pending the entry of the injunction order in the *Campbell* matter.

Husch Blackwell LLP

# HUSCH BLACKWELL

The Honorable Stephen L. Crocker
December 15, 2020
Page 2

      Please do not hesitate to contact us with any further questions.  Thank you.

      Respectfully,

      HUSCH BLACKWELL LLP

      Catarina A. Colón

cc:   Thomas P. Heneghan, Esq.
      Skye P. Parr, Esq.
      Laure C. Rakvic-Farr, Esq.
      Christopher J. McElgunn, Esq.